United States District Court
For the Northern District of California

1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8    MARK LEE TAYLOR and PAMELA
     TAYLOR,
9                                                   NO. C10-1920 TEH
                    Plaintiffs,
10                                                  ORDER OF REFERRAL
              v.
11
     JEPPESEN DATAPLAN, INC., et al.,
12
                    Defendants.
13

14

15          Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to Judge Saundra

16   Brown Armstrong to consider whether it is related to *Taylor v. Honeywell International, Inc.*,

17   Case No. C09-4947 SBA.

18

19   **IT IS SO ORDERED.**

20

21   Dated:   06/22/10                    _____
                                          THELTON E. HENDERSON, JUDGE
22                                        UNITED STATES DISTRICT COURT

23

24

25

26

27

28